IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DWAYNE GRIFFIN, Inmate #N03392,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **ROD R. BLAGOJEVICH, ROGER E. WALKER, JR., TOM W. WEGER, SHERRY BENTON, JUDY NASH, STEVE CROMWIN, APRIL WAMPLER, RON SCHON, C/O MICHL, C/O BUNTEN, B/O CUTRIGHT, C/O PARKER, C/O DECKER, C/O HANCE, C/O MYERS, C/O DIRICE, and KATHLEEN HIGHSMITH,** | ) ) ) **CIVIL NO. 06-318-DRH** ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

<u>January 3, 2007</u>  By:  <u>/s/  David  RHerndon</u>
*Date*  *District Judge*